1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  Attorneys for Plaintiff
   Joe Hand Productions, Inc.
6
7  David W. Calfee III, SBN 052035
   CALFEE | KONWINSKI, PC
8  611 North Street
   Woodland, CA 95695
9  Telephone: (530) 666-2185
   Facsimile (530) 666-3123
10 dcalfee@calfeelaw.com
11 Attorneys for Defendants
   Raymond Keith Turley
12

13

14                      UNITED STATES DISTRICT COURT
15                     EASTERN DISTRICT OF CALIFORNIA
                           SACRAMENTO DIVISION
16

17 JOE HAND PROMOTIONS, INC.          | CASE NO. 2:13-CV-01434-JAM-CKD

18                      Plaintiff,

19             v.                       STIPULATION TO EXTEND TIME FOR
                                        DEFENDANTS TO FILE AN ANSWER TO
                                        PLAINTIFF'S COMPLAINT; AND ORDER
20
   RAYMOND KEITH TURLEY, et al.,
21                                      FOR:  Hon. Carolyn K. Delaney
                        Defendants.
22

23

24        IT IS HEREBY STIPULATED by and between David W. Calfee III, counsel for defendant

25 Raymond Keith Turley and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel

26 for plaintiff Joe Hand Promotions, Inc. that the deadline for the defendant to file an Answer to

27 plaintiff's Complaint is hereby extended and shall be filed, subject to any further extensions, no later

28 than December 10, 2013.


          IT IS SO STIPULATED.

1

Respectfully Submitted,

2

3

4

5   DATED: November 11, 2013            CALFEE & KONWINSKI, PC

6

7

8                                       _/s/ David W. Calfee III_____
                                        DAVID W. CALFEE III, ESQ.
9                                       Counsel for Plaintiff RAYMOND KEITH TURLEY

10

11  DATED: November 11, 2013            LAW OFFICES OF THOMAS P. RILEY, P.C.

12

13

14                                      _/s/ Thomas P. Riley_____
                                        THOMAS P. RILEY, ESQ.
15                                      Counsel for Plaintiff JOE HAND PROMOTIONS,
                                        INC.
16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**ORDER**

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 2:13-CV-01434-JAM-CKD styled *Joe Hand Productions, Inc. v. Raymond Keith Turley, et al.*, is hereby continued December 10, 2013.

**IT IS SO ORDERED**:

DATED:  11/12/2013


/s/ John A. Mendez_____
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///