Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**
**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**
**Attorneys for Plaintiff**
**Joe Hand Productions, Inc.**

**David W. Calfee III, SBN 052035**
**CALFEE | KONWINSKI, PC**
**611 North Street**
**Woodland, CA 95695**
**Telephone: (530) 666-2185**
**Facsimile (530) 666-3123**
**dcalfee@calfeelaw.com**
**Attorneys for Defendants**
**Raymond Keith Turley**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | **CASE NO. 2:13-CV-01434-JAM-CKD** |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT; AND ORDER** |
| **RAYMOND KEITH TURLEY, et al.,** | **FOR:  HON. Carolyn K. Delaney** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between David W. Calfee III, counsel for defendant Raymond Keith Turley and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff Joe Hand Promotions, Inc. that the deadline for the defendant to file an Answer to plaintiff's Complaint is hereby extended and shall be filed, subject to any further extensions, no later than December 10, 2013.

IT IS SO STIPULATED.

1

2                                                    Respectfully Submitted,

3

4

5      DATED: November 11, 2013                    CALFEE & KONWINSKI, PC

6

7

8                                                    _/s/ David W. Calfee III_____
                                                     DAVID W. CALFEE III, ESQ.
9                                                    Counsel for Plaintiff RAYMOND KEITH TURLEY

10

11     DATED: November 11, 2013                    LAW OFFICES OF THOMAS P. RILEY, P.C.

12

13

14                                                   _/s/ Thomas P. Riley_____
                                                     THOMAS P. RILEY, ESQ.
15                                                   Counsel for Plaintiff JOE HAND PROMOTIONS,
                                                     INC.
16     ///

17     ///

18     ///

19     ///

20     ///

21     ///

22     ///

23     ///

24     ///

25     ///

26     ///

27     ///

28
                                          **ORDER**

It is hereby ordered that the deadline for Defendants to file an answer in civil action number 2:13-CV-01434-JAM-CKD styled *Joe Hand Productions, Inc. v. Raymond Keith Turley, et al.*, is hereby continued December 10, 2013.

**IT IS SO ORDERED**:

DATED:  11/12/2013


/s/ John A. Mendez_____
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///