RICHARD LANSBURGH, SBN 177768
LAW OFFICES OF STEVEN C. SABBADINI
823 NORTH STREET
WOODLAND, CALIFORNIA 95695
Telephone: (530) 666-3652
Facsimile:   (530) 666-5530
rich@sabbadinilaw.com
Attorneys for Defendants
Raymond Keith Turley, et al.

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Telephone:  (626) 799-9797
Facsimile:  (626) 799-9795
TPRLAW@att.net
Attorneys for Plaintiff
Joe Hand Productions, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff <br><br> vs. <br><br> Raymond Keith Turley, Raymond Wesley Turley, et al., <br><br> Defendants. | Case No. 2:13-CV-01434 –JAM-CKD <br><br> **STIPULATION TO SET ASIDE DEFAULT AND TO ALLOW THE DEFENDANTS TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> For:  Hon. Carolyn K. Delaney |

Plaintiff, Joe Hand Promotions, Inc., ("Plaintiff") and Raymond Keith Turley and Raymond Wesley Turley, (Defendants), by and through their attorneys of record, agree as follows:

1
STIPULATION TO SET ASIDE DEFAULT AND ALLOW THE DEFENDANTS TIME TO FILE ANSWER, (PROPOSED) ORDER THEREON

WHEREAS Plaintiff filed the Complaint in the US District Court, Eastern District of California against Defendants on July 17, 2013;

WHEREAS Plaintiff submits that Defendants were served on July 30, 2013;

WHEREAS Defendants did not respond to the complaint prior to January 22, 2014;

WHEREAS Plaintiff requested an Entry of Default as to Defendants which was entered by the Clerk on January 23, 2014;

WHEREAS Defendants replaced their attorney of record for cause;

WHEREAS Defendants retained new counsel who met and conferred with Plaintiff's counsel regarding this Stipulation to set aside the default and to allow Defendants time to file an Answer to the Complaint:

IT IS THEREFORE STIPULATED pending a further order of the Court that the Default as to the Defendants Raymond Keith Turley and Raymond Wesley Turley entered on January 23, 2014, be set aside and to grant Defendants additional time to file an answer to the complaint.  The Answer to be filed no later than April 1, 2014.

Respectfully Submitted,

DATED: 3/14/14           LAW OFFICES OF THOMAS P. RILEY, P.C.

/s/ by Thomas P. Riley
THOMAS P. RILEY, ESQ.
Counsel for Plaintiff JOE HAND PROMOTIONS, INC

DATED: 2/14/14           LAW OFFICES OF STEVEN C. SABBADINI

/s/ by Richard Lansburgh
RICHARD LANSBURGH, ESQ.
Counsel for Defendants

**ORDER**

Good cause having been shown and the parties have stipulated to the same the court finds that the above stated stipulation is sanctioned by the court and shall be, and now is the order of the court.  The default entered against Raymond Keith Turley and Raymond Wesley Turley on January 23, 2014 is hereby set aside. The defendants to file an Answer to the complaint no later than April 1, 2014.

**IT IS SO ORDERED:**

DATED: 3/17/2014                                        /s/ John A. Mendez_____
                                                                        United States District Court Judge