Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Raymond Keith Turley, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:13-cv-01434-JAM-CKD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RAYMOND KEITH TURLEY AND RAYMOND WESSLEY TURLEY, INDIVIDUALLY AND D/B/A STINGRAYZ BEACH BOARDWALK AND MARINA |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants RAYMOND KEITH TURLEY AND RAYMOND WESSLEY TURLEY, INDIVIDUALLY AND D/B/A STINGRAYZ BEACH BOARDWALK AND MARINA, that the above-entitled action is hereby dismissed **without prejudice** against RAYMOND KEITH TURLEY AND RAYMOND WESSLEY TURLEY, INDIVIDUALLY AND D/B/A STINGRAYZ BEACH BOARDWALK AND MARINA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 1, 2015, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  October 5, 2015             *s/Thomas P. Riley*
                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                    By:  Thomas P. Riley
                                    Attorneys for Plaintiff
                                    JOE HAND PROMOTIONS, INC.

Dated:  September 23, 2015          *s/Richard Lansburgh*
                                    **LAW OFFICES OF STEVEN C. SABBADINI**
                                    By: Richard Lansburgh, Esquire
                                    Attorneys for Defendants
                                    RAYMOND KEITH TURLEY AND RAYMOND WESSLEY TURLEY, INDIVIDUALLY AND D/B/A STINGRAYZ BEACH BOARDWALK AND MARINA

**IT IS SO ORDERED**:

/s/ John A. Mendez                  Dated:  October 5, 2015
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**